# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RONALD WALKER,         :   No. 32 EM 2022
:
Petitioner       :
:
:
v.            :
:
:
COMMONWEALTH OF PENNSYLVANIA,    :
:
Respondent      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.